IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

| | |
|---|---|
| KELLI S. BARNES and CHRISTOPER C. SMITH, ADMINISTRATORS OF THE ESTATE OF GARRETT SMITH, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW FERSTER, JUSTIN SPIVEY, TRAVIS REED SUGGS, and PAMELA SUGGS,<br><br>Defendants. | Civil Case No. 7:21-cv-00135-D |
| KELLI S. BARNES and CHRISTOPER C. SMITH, ADMINISTRATORS OF THE ESTATE OF GARRETT SMITH, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>FERSTER ELECTRIC, LLC,<br><br>Defendant. | Civil Case No. 7:22-cv-00045-D |
| JAN BRITT LYNN, ADMINISTRATRIX OF THE ESTATE OF MEGAN ALLISON LYNN,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW FERSTER, JUSTIN SPIVEY, TRAVIS REED SUGGS, and PAMELA SUGGS,<br><br>Defendants. | Civil Case No. 7:22-cv-00031-D |

JAN BRITT LYNN, ADMINISTRATRIX OF
THE ESTATE OF MEGAN ALLISON LYNN,

        Plaintiff,

vs.

FERSTER ELECTRIC, LLC

        Defendant.

Civil Case No. 7:22-cv-00047-D

MADISYN ELIZABETH REYNOLDS,
ADMINISTRATOR OF THE ESTATE OF
JENNIFER ELIZABETH HAYES,

        Plaintiff,

vs.

MATTHEW FERSTER, JUSTIN SPIVEY,
TRAVIS REED SUGGS, and PAMELA SUGGS,
and FERSTER ELECTRIC, LLC,

        Defendants.

Civil Case No. 7:22-cv-00049-D

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE DISCOVERY

THIS MATTER before the Court on Plaintiffs Joint Motion to Consolidate Discovery [DE 43] for Case Numbers 7:21-cv-00135-D, 7:22-cv-00031-D, 7:22-cv-00049-D, 7:22-cv-00047-D and 7:22-cv-00045-D pending before this Court.

**THE COURT,** having considered the Motion, finds that good cause exists to **GRANT** the Motion.

**NOW, THEREFORE,** it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;
2. Discovery for all referenced case numbers within the Motion shall be consolidated;

3. The current Scheduling Orders for all referenced case numbers within the Motion shall be disregarded; and,

4. A new Scheduling Order shall be entered for all referenced case numbers to reflect the consolidation of discovery.

This the _5_ day of __May__, 2022.

                                                        JAMES C. DEVER III
                                                        United States District Judge