IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY
No. 7:22-CV-49-D

MADISYN ELIZABETH REYNOLDS,          )
ADMINISTRATOR OF THE ESTATE OF       )
JENNIFER ELIZABETH HAYES,            )
DECEASED,                            )
                                     )
                Plaintiff,           )
                                     )        **ENTRY OF DEFAULT**
                                     )
        v.                           )
                                     )
MATTHEW FERSTER, JUSTIN SPIVEY,      )
TRAVIS REED SUGGS, PAMELA            )
SUGGS, AND FERSTER ELECTRIC LLC,     )
                                     )
                Defendants.          )

This matter is before the clerk on the motions for entry of default [DE-21, 22, 23] filed by

plaintiff, seeking entry as default as to defendants Pamela Suggs, Travis Reed Suggs, and Ferster

Electric, LLC, respectively.

The record showing proper service against each of the aforementioned defendants and the

failure of each defendant to answer or otherwise defend, the motions [DE-21, 22, 23] are

GRANTED. Pursuant to Fed. R. Civ. P. 55(a), DEFAULT is hereby ENTERED against Pamela

Suggs, Travis Reed Suggs, and Ferster Electric, LLC.

SO ORDERED. This the 21st day of September, 2022.

Peter A. Moore, Jr.
Clerk of Court