IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
IN ADMIRALTY

| | |
|---|---|
| MADISYN ELIZABETH REYNOLDS, ADMINISTRATOR OF THE ESTATE OF JENNIFER ELIZABETH HAYES, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>FERSTER ELECTRIC, LLC,<br><br>Defendant. | Civil Case No. 7:22-cv-00049-D |

## ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT FERSTER ELECTRIC, LLC

THIS CAUSE coming on before the Court upon Plaintiff's Motion for Default Judgment, and

It appearing to the Court:

1. That Plaintiff filed the Complaint against Defendant Ferster Electric, LLC on March 24, 2022, and summons issued on March 28, 2022

2. That on June 20, 2022, Defendant Ferster Electric, LLC's registered agent, Matthew Ferster, was served with Summons and Complaint.

3. That the Proof of Service was filed herein on June 27, 2022.

4. That no Answer, Motion to Dismiss for failure to state a claim upon which relief can be granted, or pleading has been filed by Defendant Ferster

Electric, LLC, and that the time for pleading or otherwise defending has expired.

5. That default was entered against Defendant Ferster Electric, LLC on September 21, 2022 according to law, upon request of said Plaintiff.

6. As permitted by this Court, Plaintiff has produced documentary and other evidence that support Plaintiff's claims for damages against the Defendant for the wrongful death of their intestate in the amount of $ 6,780,000 .

7. For all of the foregoing reasons, Plaintiff is therefore entitled to judgment against the Defendant in the sum of $ 6,780,000 , with interest thereon at the applicable rate from the date of decedent's death, and the costs of this action to be taxed by the Clerk, and judgment in that amount plus applicable interest ought to be entered by this Court.

SO ORDERED. This 22 day of November, 2022.

JAMES C. DEVER III
United States District Judge